## STATEMENT OF OFFENSE

On December 19, 2025, at approximately 7:29 p.m., members of the Seventh District Special Mission Unit were working alongside various federal law enforcement agencies in the 1900 block of 14th Street SE, Washington, D.C. At the intersection of Marion Barry Avenue SE and 14th Street SE, officers observed a white Jeep proceed through a red light traveling westbound on Marion Barry Avenue SE toward Martin Luther King Jr. Avenue SE. Law enforcement conducted a traffic stop on the 1800 block of Martin Luther King Jr. Avenue SE.

There was a male in the driver's seat of the Jeep, another male in the passenger seat of the vehicle (later identified as Demarkco CHAMBERS, DOB ), and a female in the back seat. Law enforcement asked the driver why he went through the red light, to which the driver responded that he was trying to get his niece home to her mother, at which time officers ordered all passengers out of the vehicle.

Officers approached CHAMBERS who stated that law enforcement was scaring his daughter and asked to hold his daughter. As CHAMBERS proceeded to hug his daughter, your affiant observed a hard object protruding down the zipper line of CHAMBERS's pants in his groin area near his thighs. As CHAMBERS continued to hug his daughter, your affiant asked CHAMBERS whether he had a weapon and conducted a protective pat down of CHAMBERS front groin area. Your affiant immediately felt a firearm.

CHAMBERS's groin area was searched, and law enforcement recovered a silver and black .40 caliber Taurus Millenium G2 PT140 pistol bearing serial number         from CHAMBERS's groin area. The firearm was loaded with one round in the chamber and seven rounds of ammunition in the inserted magazine capable of holding ten rounds.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

CHAMBERS was placed under arrest and his identity was confirmed through his District of Columbia identification. A review of CHAMBERS's criminal history revealed that he has been previously convicted of a crime punishable by a term of incarceration greater than one year. In D.C. Superior Court Case No. 2016 CF2 019822, CHAMBERS was convicted of Unlawful Possession of a Firearm (Prior Conviction) and was sentenced to 18 months' incarceration followed by 3 years' supervised release. In D.C. Superior Court Case No. 2016 CF2 004911, CHAMBERS was convicted of Carrying a Pistol Without a License and was sentenced to 12 months' incarceration followed by 3 years' supervised release.

Accordingly, your affiant submits that probable cause exists to charge Demarkco CHAMBERS (DOB          ) with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

Respectfully submitted,

Leonardo Bell
Police Officer, Badge # 5006
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on December 20, 2025.

HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE